FILED
2013 OCT -8  AM 10: 29
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
     DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Joshua Ragains § <br> Plaintiff, § <br> § <br> v. § <br> § <br> Roger Beasley Collision, Inc. § <br> Roger Beasley Mazda Inc., § <br> Autogroup Premier, Inc., d.b.a § <br> Roger Beasley Mazda of Georgetown § <br> Defendants § | Civil Action No. 1:13-CV-00681 SS |

### ORDER ON PLAINTIFF'S MOTION TO EXTEND TIME

After considering Plaitniff's to extend time to respond to Defendant's Motion to dmiss, the Court

_____ FINDS that there is cause to extend the time for Plaintiff to respond to Defendants' motion to dismiss. Therefore, the Court GRANTS the motion to extend time until September 30, 2013.

_____ DENIES the motion to extend time.

____✓____ FINDS that there is cause to extend the time to respond to Defendants' motion to dismiss after the deadline because of excusable neglect. Therefore, the Court GRANTS the motion to extend time until September 30, 2013.

SIGNED on _10-7_, 20_13_.

_____
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

__/s/Amy E. Clark Kleinpeter__
Amy E. Clark Kleinpeter